# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:05CR00285-02 JLH | |
| DECARLOS MONTRES RODGERS | | DEFENDANT |

## ORDER

Decarlos Montres Rodgers has filed a motion to suppress physical evidence and a brief in support of the motion. However, the motion and the brief make only general or conclusory assertions. The Court's pretrial discovery order states, "[m]otions to suppress evidence obtained from a search pursuant to a warrant must allege specific facts that, if proven, would provide a basis of relief." The motion filed by Rodgers does not allege specific facts that, if proven, would provide a basis for relief. Therefore, the motion is DENIED. Document #57.

IT IS SO ORDERED this 11th day of October, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE